1164

No. 99–7005.   PETERSON v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 99–7017.   TAYLOR v. NORTH CAROLINA.   Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C.   Certiorari denied.

No. 99–7055.   BREWER v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–7062.   COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 99–7109.   DeCORSO v. UTAH.   Sup. Ct. Utah.   Certiorari denied.

No. 99–7180.   STEVENS v. MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 99–7197.   MEKALONIS v. WORKERS' COMPENSATION APPEAL BOARD ET AL.   Commw. Ct. Pa.   Certiorari denied.

No. 99–7200.   MILLS v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 99–7210.   STANCLIFF v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 99–7211.   WILSON ET AL. v. KRAUS INVESTMENTS.   Ct. App. Ariz.   Certiorari denied.

No. 99–7216.   LUCZAK v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–7221.   MINSKE v. SONDALLE, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 99–7223.   MANERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 99–7224.   MARTINEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.